SIDNEY W. BARNARD et al., Appellants, *v.* JULIUS ADORJAN et al., Defendants, and BARNEY LANTRY, Respondent.

*Barnard* v. *Adorjan,* 116 App. Div. 535, affirmed.
(Argued March 3, 1908; decided March 31, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 8, 1907, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and granting a new trial in an action by vendors of real estate to foreclose a contract of sale.

*George Lawyer* and *Thomas Cantwell* for appellants.

*John C. Little* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.